# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Anya S. Duke, | 2:15-cv-00404-JAD-CWH |
| Plaintiff | **Order Denying Motion to Proceed *in Forma Pauperis* [ECF 6], Adopting Report and Recommendation [ECF 8], Overruling Objections [ECF 9], and Denying Motion for Status Check [ECF 9]** |
| v. | |
| Esq. Mary-Anne Miller, *et al.*, | |
| Defendants | |

Pro se plaintiff Anya S. Duke sues defendants for injuries she allegedly sustained while litigating in Clark County District Court when a courtroom door struck her in the face.[1] This is Duke's third *in forma pauperis* request.[2] Magistrate Judge Hoffman denied Duke's first two requests without prejudice as incomplete.[3] Finding that Duke's latest application contains sufficient information to make a recommendation, Judge Hoffman recommends that I deny it.[4] Duke objects. She submits a new calculation of monthly expenses that now exceeds her monthly income by $190. Duke's new expenditures include things like $190 per month for internet and cable, $120 per month for "Laundry/cleaning alternatives," and $40 per month for charitable contributions.[5] Having reviewed Judge Hoffman's findings and conclusions *de novo*, I adopt his report and recommendation, deny Duke's application, and overrule her objections.

## Discussion

To prevail on a motion to proceed *in forma pauperis*, a plaintiff need not show that she is completely destitute; she must show that, because of her poverty, she cannot pay the filing fee and

---

[1] ECF 1-1.

[2] ECF 1, 3, 6.

[3] ECF 2, 5.

[4] ECF 8.

[5] ECF 9 at 3.

still provide herself and her dependents with the "necessities of life."[6]  A "showing of something more than mere hardship must be made."[7]  The benefits and other assets listed by Duke total $4,807.00.  That is well above the median household income in this state, and she has no dependents.[8]  I therefore agree with Judge Hoffman that Duke has not shown a financial inability to pay the filing fee, even with the new information attached to her objections.  Other courts have denied applications with a much greater showing of financial hardship than shown here.[9]

## Conclusion

Accordingly, IT IS HEREBY ORDERED that plaintiff's Motion for Status Check **[ECF 10]** is **DENIED** as moot.

IT IS FURTHER ORDERED that plaintiff's objections **[ECF 9]** are **OVERRULED** and Magistrate Judge Hoffman's Report and Recommendation **[ECF 8]** is **ACCEPTED** and his findings and conclusions are **ADOPTED.**

IT IS FURTHER ORDERED that plaintiff's Application to Proceed *in Forma Pauperis* **[ECF 6]** is **DENIED.**  Plaintiff must pay the $400 filing fee by December 7, 2015, or this case will be dismissed without prejudice.

Dated this 6th day of November, 2015

_____
Jennifer A. Dorsey
United States District Judge

---

[6] *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–40 (1948).

[7] *Martin v. Gulf States Utilities Co.*, 221 F. Supp 757, 759 (W.D. La. 1963).

[8] <http://quickfacts.census.gov/qfd/states/32000.html> (Median household income in Nevada 2009–2013 $52,800).

[9] *See e.g., Crawford v. Kern Cnty. School Dist. Bd. of Trustees*, 2010 WL 1980246, *2 (C.D. Cal. 2010) (denying application on showing that family of five had an annual income of over $51,000); *Matter of Anderson*, 130 B.R. 497, 500 (W.D. Mich. 1991) (denying application when plaintiff earned $950 per month and poverty level in Michigan was $6,520 per year).